UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| BRIEONA CLEVELAND | ) | Case No. 3:21-cv-199-BJB |
| | ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REX BLACKWELL and | ) | |
| FIRSTFLEET, INC. | ) | |
| | ) | Removed from: |
| DEFENDANTS | ) | Jefferson Circuit Court |
| | ) | Case No. 21-CI-001063 |
| | ) | |

## NOTICE OF REMOVAL

Comes the Defendant, FirstFleet, Inc., and Rex Blackwell, by counsel, and for its Notice of Removal of this action from the Jefferson Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division, and states as follows:

1. On February 19, 2021, the Plaintiff Brieona Cleveland filed a Complaint in Jefferson Circuit Court, as Civil Action No. 21-CI-001063. Copies of all process and pleadings in the state court action are attached hereto as Exhibit A in accordance with 28 U.S.C. §1446(a).

2. On March 29, 2021, the Defendants Firstfleet and Blackwell filed an answer to the complaint of the plaintiff.

3. The Defendant Firstfleet, was served on our above March 2, 2021.

4. Defendant Blackwell consents to this removal.

2. Plaintiff Brieona Cleveland is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, a

1

citizen and resident of Jefferson County, in the Commonwealth of Kentucky.

      3.      Defendant Rex Blackwell is and was at all times relevant hereto, including at the time of filing of this notice of removal, and at the commencement of the state court action, a citizen of the State of Indiana, residing in Fort Wayne, Indiana.

      4.      Defendant FirstFleet, Inc. is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, incorporated and existing under the laws of the State of Tennessee and having its principal place of business in Murfreesboro, Tennessee. Therefore, FirstFleet, Inc. is a citizen of Tennessee.

      4.      Based on the allegations raised in the Complaint, the Plaintiff Cleveland is seeking in excess of $75,000.00, exclusive of interest and costs, based on the following:

      a. severe and painful injuries to her person;

      b. past and future medical expenses for hospitals, doctors, and other healthcare providers;

      c. property damage; and

      d. lost value in the fair market value of her vehicle.

*See Plaintiff's Complaint*.

      5.      This action is one over which the Court has original jurisdiction under 28 U.S.C. §1332(a)(1), and is one which the Defendants may remove to this Court under 28 U.S.C. §1441(a), because this is an action between citizens of different states, and the amount in controversy exceeds $75,000.00.

      6.      This Notice of Removal is filed within thirty (30) days of service on Defendant of the initial pleading and summons, as required by 28 U.S.C. §1446(b).

      7.      This Notice of Removal is filed within one year of the commencement of the state court action, which was filed on or about February 19, 2021, as required by 28 U.S.C. §1446(c).

Respectfully Submitted,

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
GZipperle@whtlaw.com
*Counsel for Defendant Rex Blackwell and FirstFleet, Inc.*

## CERTIFICATE

I hereby certify that on the 30th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the Court's electronic filing system, and the foregoing document was served in accordance with the method established under this Court's Administrative Rules of Practice and Procedure laid out by the Kentucky Supreme Court upon all parties in the electronic filing system in the case by electronic mail including:

Timothy R. McCarthy Esq.
Emil K. Holt Esq.
Nutt Law Office
462 South Fourth Avenue
Suite 1750, Meidinger Tower
Louisville, Kentucky 40402
502-589-0635
tim@nuttlaw.com
emily@nuttlaw.com
*Counsel for Plaintiff*

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
*Counsel for Rex Blackwell and FirstFleet, Inc.*