CASE NUMBER _____                                    JEFFERSON CIRCUIT COURT
                                                              DIVISION _____
                                                              JUDGE _____

*Electronically Filed*

**BRIEONA CLEVELAND**                                                        PLAINTIFF

VS.                             **COMPLAINT**

**FIRSTFLEET, INC.,**
Registered Agent:   CT Corporation System
                    306 West Main Street
                    Suite 512
                    Frankfort, KY 40601

And

**REX BLACKWELL**
c/o   FirstFleet
      1755 Parkway Drive
      Bardstown, KY 40004

                                                                            DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes now the Plaintiff, by counsel, and for her cause of action against the Defendants states as follows:

1) At all times relevant hereto the Plaintiff is a resident of Louisville, Jefferson County, Kentucky.

2) The defendant Firstfleet, Inc., is a corporation actively transacting business in the Commonwealth of Kentucky.

3) That on or about November 5, 2019 at or near the Kroger parking lot at Hikes Lane and Bardstown Road, in Louisville, Jefferson County, Kentucky, the Defendant, Rex Blackwell, and/or the driver of Defendant FirstFleet, Inc. vehicle, an agent, servant or employee of Defendant FirstFleet, Inc., so negligently operated the motor vehicle they were driving as to cause said vehicle to collide with the vehicle owned and operated by the Plaintiff.

4) That at all times relevant hereto the defendant Rex Blackwell, and/or the driver of Defendant FirstFleet's vehicle, was an agent, employee and/or servant with the Defendant FirstFleet, Inc.

5) That at all times relevant hereto he was acting in the course and scope and of his employment, agency and/or servant with the defendant Firstfleet, Inc.

6) That as a direct and proximate result of the negligence as set forth above, the Plaintiff has received severe and painful injuries to her person, and has in the past and will in the future, incur medical expenses for hospitals, doctors, and other healthcare providers, all to her damage.

7) That as a further direct and proximate result of the negligence as set forth above, the Plaintiff has sustained property damage and has lost value in the fair market value of her vehicle.

8) That the Plaintiff's damages exceed the minimum jurisdictional limits of the Circuit Court in that her medical expenses exceed $1,000.00.

**WHEREFORE**, the Plaintiff demands as follows:

1) Judgment against the Defendant in an amount to compensate her for her losses;

2) A trial by jury on all issues triable;

3) Her costs expended; and

4) All other necessary and proper relief to which she may appear to be entitled.

Respectfully submitted,

_____
Timothy R. McCarthy, Esq.
Emily K. Holt, Esq.
Nutt Law Office
462 South Fourth Avenue
Suite 1750, Meidinger Tower
Louisville, Kentucky 40202
(502) 589-0635 * (502) 589-8891 Fax
tim@nuttlaw.com
emily@nuttlaw.com



# Service of Process Transmittal

03/02/2021
CT Log Number 539133090

| | |
|---|---|
| **TO:** | Mark Mcknight<br>FirstFleet, Inc.<br>202 Heritage Park Dr<br>Murfreesboro, TN 37129-1556 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | FIRSTFLEET, INC.  (Domestic State: TN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRIEONA CLEVELAND, PLTF. vs. FIRSTFLEET, INC. and REX BLACKWEL, DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 21CI001063 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/02/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780133614402<br><br>Image SOP<br><br>Email Notification,  Mark Mcknight  mdmcknight@firstfleetinc.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>866-401-8252<br>EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



7020 2450 0001 6444 2607

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CT CORPORATION SYSTEM
306 WEST MAIN STREET
SUITE 512
FRANKFORT, KY 40601



ZIP 40202
02 4W
0000371276 FEB. 19. 2021
U.S. POSTAGE » PITNEY BOWES
$ 007.65⁰

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **21-CI-001063**<br>Court:   **CIRCUIT**<br>County: **JEFFERSON Circuit** |

Plantiff, **CLEVELAND, BRIEONA VS. FIRSTFLEET, INC., ET AL**, Defendant

TO:  **CT CORPORATION SYSTEM**
      **306 WEST MAIN STREET**
      **SUITE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is FIRSTFLEET, INC.,

The Commonwealth of Kentucky to Defendant:
**FIRSTFLEET, INC.,**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                      *Davis L. Nichols*
                                      Jefferson Circuit Clerk
                                      Date: **2/19/2021**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____                       Served By _____

                                                  Title _____

Summons ID: 320003821938708@00000967730
CIRCUIT: 21-CI-001063 Certified Mail
CLEVELAND, BRIEONA VS. FIRSTFLEET, INC., ET AL



Page 1 of 1                                       eFiled

Package:000002 of 000004
Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)
Package : 000002 of 000004